(December 8, 1952.)

■

CADMAN MEMORIAL CONGREGATIONAL SOCIETY OF BROOKLYN et al., Suing on Behalf of Themselves and Other Congregational Christian Churches Similarly Situated, Respondents, v. HELEN KENYON, as Moderator of The General Council of the Congregational Christian Churches, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See 280 App. Div. 789.]

■

CARPET MART OF HEMPSTEAD, INC., Appellant, v. UNITED STATES CASUALTY Co., Respondent.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

■

HADASSA CROSFIELD, Appellant, v. PAULINE BAUM, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

■

532 FULTON STREET, INC., Appellant, v. CROWN DRUG STORES, INC., Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

■

BELLINA GERACE, Appellant, v. HARRY BREYER, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

■

In the Matter of the Arbitration between A. R. LA MURA, INC., Appellant, and ROCHELLE ARMS APARTMENTS, INC., Respondent.— Motion to dismiss appeal granted, with $10 costs, and appeal dismissed. When appellant named an arbitrator pursuant to the provisions of the order compelling arbitration, without reserving any right to question the propriety thereof, he waived his right to object to the order. Cross motion for stay of arbitration denied, without costs. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

■

In the Matter of HERMAN METHFESSEL, an Attorney.— Presentment by the Grand Jury Drawn for the Extraordinary Special and Trial Term of the Supreme Court, County of Richmond.— Motion to confirm report of Official Referee granted and charges dismissed. Present — Carswell, Acting P. J., Johnston, MacCrate and Schmidt, JJ.; Adel, J., not voting.

■

In the Matter of IRVING RIVKIN, at Attorney.— Presentment by the Grand Jury Drawn for the Extraordinary Special and Trial Term of the Supreme Court, County of Richmond.— Motion to confirm report of Official Referee granted and charges dismissed. Present — Carswell, Acting P. J., Johnston, MacCrate and Schmidt, JJ.; Adel, J., not voting.